**IN THE  UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEPHEN G. EPPLEY, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PROVIDENT LIFE AND ACCIDENT | : | NO.  10-3942 |
| INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this *27th*  day of *April*, 2011, upon consideration of Defendant Provident Life

and Accident Insurance Company's Motion for Summary Judgment (Docket No. 14), Plaintiff

Stephen G. Eppley's Response and Cross-Motion for Summary Judgment (Docket Nos. 18-19),

and Defendant's Reply Brief and Response to Plaintiff's Cross-Motion (Docket No. 21), it is

hereby **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Motion is **DENIED**.

**JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff.  This case is

closed.

BY THE COURT:


   */s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.